AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

SEP - 7 2019

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Christian LEYVA-Taguado

**CRIMINAL COMPLAINT**

Case Number: M-19-2151-M

AKA:
IAE   YOB: 1985
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 23, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b)** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On August 23, 2019, Christian LEYVA-Taguado a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on September 6, 2019. Record checks revealed the defendant was deported, excued or removed from the United States to Mexico on May 1, 2009 via El Paso, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On October 9, 2008, the defendant was convicted of unlawful possession of a weapon by a felon and sentenced to two (2) years confinement and one (1) year mandatory supervised release.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 7, 2009.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA **Amy Greenbaum**

Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**Arnulfo Rodriguez**    **Deportation Officer**
Printed Name and Title of Complainant

**September 7, 2009**    **10:24 a.m.**
Date

at **McAllen, Texas**
City and State

**Peter E. Ormsby**    **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer